IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

ROBERT SULLINS, et al.,          :
                                 :
        Plaintiffs,              :
                                 :
v.                               :          CIVIL ACTION NO.
                                 :          3:26-cv-00076-LMM
                                 :
CITY OF GRIFFIN, GEORGIA,        :
                                 :
        Defendant.               :

**<u>ORDER</u>**

This matter comes before the Court on the filing of Plaintiffs' Complaint, which includes a request for a preliminary injunction. Dkt. No. [1]. However, the Court's Standing Order explains that "[a]ny request . . . for preliminary injunctive relief must be made by a separate motion. A request for a . . . preliminary injunction found only in the complaint will not be considered." <u>See</u> <u>Standing Order Regarding Civil Litigation</u>, (NDGa.) (May, C.J.) (Sep. 15, 2021), <u>https://www.gand.uscourts.gov/sites/gand/files/LMM_CVStandingOrder.pdf</u>. At this time, no separate motion seeking a preliminary injunction has been filed. If Plaintiffs wishes to pursue a preliminary injunction, Plaintiffs may file a separate motion. This motion must include a discussion of the relevant law and contain appropriate factual support.

**IT IS SO ORDERED** this 23rd day of April, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**