IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| ROBERT SULLINS, KAROL SULLINS, and FLINT RIVERKEEPER, INC., | ) | |
| Plaintiffs, | ) | Case No. 3:26-cv-00076-LMM |
| v. | ) | |
| CITY OF GRIFFIN, GEORGIA | ) | |
| Defendant. | ) | |

**Brief in Support of Consent Motion to Stay**

On April 22, 2026, Plaintiffs Robert Sullins, Karol Sullins, and Flint Riverkeeper, Inc. ("Plaintiffs") filed suit against the City of Griffin, Georgia (the "City") asserting claims under the Clean Water Act and Georgia law arising from sewage discharges from the City's sewer infrastructure on and near the Sullinses' property and into Ison Branch. (Complaint, Doc 1). The City of Griffin filed its answer on June 22, 2026. (Answer, Doc. 9). Plaintiffs and the City have met to discuss settlement and the City's plans to repair and replace its sewer infrastructure. The Parties participated in a judicially hosted conference on August 6, 2026, at which they described those settlement discussions to the Court.

The City has retained engineering firm LJA to identify and prioritize portions of the City's sewer infrastructure that need to be repaired or replaced and in particular the work that needs to be done to prevent the sewage discharges on and near the Sullins property. The City anticipates that such work will commence within the next sixty to ninety days. The effectiveness of such work to remediate sewage discharges near and on the Sullins property will materially influence the Parties' settlement negotiations and ability to resolve this case, without continuing to spend time and resources to litigate this case.

This Court's "power to stay proceedings is incidental to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). Furthermore, this Court is authorized to stay this case as a means of controlling the district court's docket. *Ortega Trujillo v. Conover & Company Communications, Inc.*, 221 F.3d 1262, 1264 (11th Cir. 2000).

The Parties request that this Court stay this case for a period of four months from the date of this Court's Order to allow Parties time to evaluate the effectiveness of the City's repair work and continue settlement discussions. Therefore, for the above stated reasons, Plaintiffs Robert Sullins, Karol Sullins, and Flint Riverkeeper, Inc. and Defendant City of Griffin

respectfully request that this Motion to Stay be granted and that the proposed order submitted simultaneously herewith be entered.

**Evans Bowers**

/s/ *George Lott*
George Lott
Ga. Bar No. 820219
Stacey G. Evans
Ga. Bar No. 298555
J. Amble Johnson
Ga. Bar No. 229
Brian Remler
Ga. Bar No. 800178
Attorneys for Sullins Plaintiffs

729 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 850-6750 (Telephone)
glott@evansbowers.com
sevans@evansbowers.com
ajohnson@evansbowers.com
bremler@evansbowers.com

**SOUTHERN ENVIRONMENTAL LAW CENTER**

/s/ *April Lipscomb*
April Lipscomb
Ga. Bar No. 884175
William Snow
Ga. Bar No. 022457
Ten 10th St. NW Suite 1050
Atlanta, Georgia 30309
(404) 521-9900 (Telephone)
alipscomb@selc.org
wsnow@selc.org

Attorneys for Plaintiff Flint Riverkeeper

Lokey, Mobley and Doyle, LLP

/s/ *Kevin A. Doyle*

Kevin A. Doyle
Georgia Bar No. 228449
Jonathan D. Shaw
Georgia Bar No. 443929

Attorneys for Defendant City of Griffin, Georgia

8425 Dunwoody Place
Atlanta, Georgia 30350
(770) 640-9441
kdoyle@mobley-doyle.com
jshaw@mobley-doyle.com

**Certificate of Service**

I hereby certify that on this date I electronically filed the foregoing Brief in Support of Consent Motion to Stay using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

George Lott
Evans Bowers
729 Piedmont Ave. NE
Atlanta, GA 30308
glott@evansbowers.com

April S. Lipscomb
William Snow
Southern Environmental
Law Center
Ten 10th S., N.W., Suite 1050
Atlanta, GA 30309
alipscomb@selc.org
wsnow@selc.org

This 13th day of August, 2026.

Lokey, Mobley and Doyle, LLP

/s/ *Kevin A. Doyle*
Kevin A. Doyle
Georgia Bar No. 228449
Jonathan Shaw
Georgia Bar No. 443929

Attorneys for Defendant
City of Griffin, Georgia

8425 Dunwoody Place
Atlanta, Georgia 30350
(770) 640-9441
kdoyle@mobley-doyle.com
jshaw@mobley-doyle.com